# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

TRINA HADLEY and ERIC SUTOR, as
natural parents and legal guardians of B.S.,
a minor,

        Plaintiffs,

v.                                                                           **CASE NO. 2:12-cv-600-FtM-29DNF**

INTEX RECREATION CORP., a foreign
corporation; INTEX INDUSTRIES
(XIAMEN) CO., LTD., a foreign
corporation; INTEX TRADING LTD., a
foreign corporation; WAL-MART
STORES, INC., a foreign corporation; and
WAL-MART STORES EAST, LP, a
foreign corporation,

        Defendants.

_____/

## JOINT MOTION TO STAY DISCOVERY AND OTHER PROCEEDINGS

      COME NOW, Plaintiffs, TRINA HADLEY and ERIC SUTOR, as natural parents

and legal guardians of B.S., and Defendants, INTEX RECREATION CORP., WAL-MART

STORES, INC., a foreign corporation; and WAL-MART STORES EAST, LP, and move for

an order staying discovery and all other proceedings of this case.  As grounds for granting

said motion, the Parties state as follows:

      1.      On August 31, 2012, Plaintiffs filed their complaint in the Circuit Court of the

Twentieth Judicial Circuit in and for Lee County, Florida.

2.      On October 5, 2012, Defendants, WAL-MART STORES, INC. and WAL-MART STORES EAST, LP (collectively hereinafter "WAL-MART"), were served.

3.      On October 8, 2012, former Defendant, INTEX CORP., was served in California.

4.      On November 2, 2012, Defendants filed a Notice of Removal moving the action from Florida state court to the U.S. District Court of Florida.

5.      Subsequent to the removal of this action, counsel for INTEX RECREATION CORP. contacted Plaintiffs' counsel and provided specific information regarding the domestic and foreign entities involved in the manufacture, importation, and sale of the swimming pool and ladder that are the subject of this lawsuit (hereinafter the "Subject Pool and Ladder").

6.      Consequently, Plaintiffs amended their complaint to add INTEX INDUSTRIES (XIAMEN) CO., LTD., a corporation established under the laws of the People's Republic of China and with its principal place of business in the People's Republic of China, as well as INTEX TRADING LTD., a British Virgin Islands corporation with a business office in Hong Kong (collectively hereinafter "INTEX FOREIGN"). Both entities must be served with legal process in accordance with the Hague Convention, which will take approximately up to eight months, and possibly longer.

7.      Plaintiffs have also amended their complaint to name INTEX RECREATION CORP., a California corporation.   INTEX RECREATION CORP has agreed to waive

service, and its counsel will appear on its behalf in the Case Management Report filed contemporaneously with this Motion.

8.     In light of the foregoing, the Plaintiffs and Defendants WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and INTEX RECREATION CORP. (collectively, the "Parties") agree that discovery and other proceedings in this matter should be stayed until INTEX FOREIGN are properly served.  During the course of the stay, the Parties will conduct limited discovery on mutually agreeable terms in an effort to facilitate potential settlement discussions of this matter.

9.     The Parties have also agreed that WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and INTEX RECREATION CORP. will file responsive pleadings to the Amended Complaint by January 25, 2013.

10.    The Parties have also agreed to meet in person to explore and discuss potential settlement of this case within 60 days.

11.    The Parties further agree that they will advise the Court of the status of service of the INTEX FOREIGN within 120 days and that they will reconvene upon service and answer of INTEX FOREIGN and complete a revised Case Management Report.

12.    Entering this agreed stay will further the interests of judicial economy by allowing for one cohesive discovery cycle involving all necessary parties.  The issues pertaining to liability in this case will revolve around the Defendants' roles in the manufacture and chain of distribution of the Subject Pool and Ladder.  Accordingly, allowing for one cohesive discovery cycle will serve to avoid the unnecessary costs on the litigants and

the Court which would be otherwise incurred through multiple rounds of discovery requests and disputes centered on the same issues.

13.     The Court has the inherent authority to enter this agreed stay in the interests of judicial economy. *Power v. Williams*, 2010 U.S. Dist. LEXIS 15294 (M.D. Fla. Feb. 5, 2010) (entering a jointly requested stay to allow discovery to occur at the same time for all counts because it served to avoid the unnecessary compounding of costs which would have been incurred if discovery were to occur at different times for different counts).

14.     Counsel for Defendants, WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and INTEX RECREATION CORP., Traci T. McKee, Esq. has authorized counsel for the Plaintiffs to file this Motion as a joint motion and to include her electronic signature on this motion.

WHEREFORE, the Parties respectfully request that the Court stay discovery and all other proceedings in this matter until INTEX INDUSTRIES (XIAMEN) CO., LTD. and INTEX TRADING LTD. have been properly served pursuant to the Hague Convention.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 11th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Michael J. Corso, Esq.
Traci T. McKee, Esq.
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Fort Myers, Florida 33901
Tel:  239.344.1170
Fax:  239.344.1525
michaelcorso@henlaw.com
traci.mckee@henlaw.com
*Attorneys for Defendants Intex Recreation Corp.,*
*Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP,*

| /s/ R. Frank Melton, II | /s/ Traci T. McKee |
|---|---|
| **R. FRANK MELTON, II, ESQUIRE** | **MICHAEL J. CORSO, ESQUIRE** |
| Florida Bar No.: 475440 | Florida Bar No.: 228729 |
| **C. RICHARD NEWSOME, ESQUIRE** | **TRACI T. MCKEE, ESQUIRE** |
| Florida Bar No.:  827258 | Florida Bar No.:  53088 |
| NEWSOME MELTON | HENDERSON, FRANKLIN, STARNES & HOLT, P.A. |
| 201 S. Orange Avenue, Suite 1500 | 1715 Monroe Street |
| Orlando, Florida 32801 | Fort Myers, Florida 33901 |
| Telephone: (407) 648-5977 | Telephone: (239) 344-1170 |
| Facsimile:  (407) 648-5282 | Facsimile:  (239) 344-1525 |
| Attorneys for Plaintiffs | Attorneys for Defendants, Intex Recreation Corp, Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP |
| Melton@newsomelaw.com | Michael.corso@henlaw.com |
| Swinehart@newsomelaw.com | Traci.mckee@henlaw.com |
| Redmond@newsomelaw.com | Sherry.zellner@henlaw.com |

5