UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| TRINA SUTOR and ERIC SUTOR, as natural parents and legal guardians of B. S., minor,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., WAL-MART STORES EAST, LP, INTEX RECREATION CORP., INTEX INDUSTRIES (XIAMEN) CO., LTD., and INTEX TRADING LTD.,<br><br>Defendants. | CASE NO. 2:12-cv-00600- SPC-DNF |

## **AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS**

Defendants, Intex Recreation Corp., Intex Trading Ltd., Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP, (collectively, "Defendants"), by and through their undersigned counsel hereby file this Amended Certificate of Interested Persons and Corporate Disclosure Statement to account for the changes to the parties as set forth in the Amended Complaint in this matter and state:

1. The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    (a)    Trina Sutor f/k/a Trina Hadley, Plaintiff

    (b)    Eric Sutor, Plaintiff

    (c)    B.S., a minor

(d)     Intex Recreation Corp., Defendant

(e)     Intex Trading Ltd., Defendant

(f)     Intex Industries (Xiamen) Co. Ltd., Defendant

(g)     Intex Corp.

(h)     Wal-Mart Stores, Inc., Defendant

(i)     Wal-Mart Stores East, LP, Defendant

(j)     Wal-Mart Stores East, LLC

(k)     WSE Management, LLC

(l)     WSE Investment, LLC

(m)     Michael J. Corso, Esq.
Traci T. McKee, Esq.
Henderson, Franklin, Starnes & Holt, PA
PO Box 280
Fort Myers, FL 33902-0280
Attorneys for Defendants

(n)     C. Richard Newsome, Esq.
R. Frank Melton, II, Esq.
Daniel Eckhart, Esq.
Newsome Melton
201 South Orange Avenue, Suite 1500
Orlando, FL 32801
Attorneys for Plaintiffs

(o)     J. Joseph Tanner, Esq.
John T. Schlafer, Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
Co-counsel for Defendants, Intex
Recreation Corp. and Intex Trading Ltd.

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

B.S., a minor.

I HEREBY CERTIFY that except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I FURTHER CERTIFY that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

/s/ Michael J. Corso
MICHAEL J. CORSO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| C. Richard Newsome, Esq.<br>R. Frank Melton, II, Esq.<br>Daniel W. Eckhart, Esq.<br>Newsome Melton<br>201 South Orange Avenue, Suite 1500<br>Orlando, FL  32801<br>Tel:  407.648.5977<br>Fax:  407.648.5282<br>Melton@newsomelaw.com<br>Swinehart@newsomelaw.com<br>*Attorneys for Plaintiffs* | J. Joseph Tanner, Esq.<br>Faegre Baker Daniels, LLP<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN  46204<br>Tel:  317.237.1251<br>Fax:  317.237.1000<br>joe.tanner@FaegreBD.com<br>*Co-counsel for Defendants, Intex Recreation Corp. and Intex Trading Ltd.* |

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
*Attorneys for Defendants, Wal-Mart Stores, Inc., and Wal- Mart Stores East, LP and co-counsel for Defendants, Intex Recreation Corp. and Intex Trading Ltd.*
Post Office Box 280
Fort Myers, FL   33902-0280
239.344.1170

By:  /s/ Michael J. Corso_____
       MICHAEL J. CORSO, ESQ.
       Florida Bar No.: 0228729
       michael.corso@henlaw.com
       TRACI T. MCKEE, ESQ.
       Florida Bar No.:  0053088
       traci.mckee@henlaw.com