**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TRINA SUTOR and ERIC SUTOR, as
natural parents and legal guardians of
B.S., a minor,

          Plaintiffs,

                                         **CASE NO. 2:12-cv-600-FtM-29DNF**

v.


INTEX RECREATION CORP., a foreign
corporation; INTEX INDUSTRIES.
(XIAMEN) CO., LTD, a foreign
corporation; INTEX TRADING LTD., a
foreign corporation; WAL-MART
STORES, INC., a foreign corporation; and
WAL-MART STORES EAST, LP, a
foreign corporation,

          Defendants.

_____/

## MOTION TO DROP INTEX INDUSTRIES (XIAMEN) CO., LTD.

COME NOW, Plaintiffs, TRINA SUTOR and ERIC SUTOR, as natural parents and legal guardians of B.S., and hereby moves for an order to drop INTEX (XIAMEN) CO., LTD as a party in this case and in support thereof state:

1.      On November 27, 2012, Plaintiffs were advised by counsel for INTEX RECREATION CORP. that the Subject pool and ladder which are the subject of this suit were manufactured by INTEX INDUSTRIES (XIAMEN) CO., LTD. ("INTEX INDUSTRIES") a corporation established under the laws of the People's Republic of China with its principal place of business in the People's Republic of China.

1

2.    Plaintiffs moved to amend the complaint to name INTEX INDUSTRIES, and filed the Amended Complaint December 27, 2012.

3.    Upon attempts at service upon the Chinese entity, however, the court officer appointed by the Chinese Central Authority to serve INTEX INDUSTRIES was advised that INTEX INDUSTRIES had been liquidated and is no longer in existence. (See D.E. 36)

4.    Plaintiffs now seek entry of an order dropping INTEX INDUSTRIES from this lawsuit so that this case may now move forward against the remaining Defendants:

a.   INTEX RECREATION CORP.;

b.   INTEX TRADING LTD.;

c.   WAL-MART STORES, INC.; and

d.   WAL-MART STORES EAST, LP

5.    This Court has the authority to drop a party pursuant to Federal Rule of Civil Procedure 21, which provides that, "On motion or on its own, the court may at any time, on just terms, add or drop a party."

WHEREFORE, for the reasons set forth above, Plaintiffs hereby request entry of an Order dropping INTEX INDUSTRIES (XIAMEN) CO., LTD. as a party defendant in this case, and directing the amendment of the case style to reflect the change for all future pleadings.

**<u>CERTIFICATE OF CONFERENCE</u>**

In accordance with Local Rule 3.01(g), the undersigned conferred with counsel for all

parties and WALMART Defendants do not object to the relief sought in this motion. The undersigned also conferred with counsel for INTEX RECREATION CORP. and INTEX TRADING, LTD. however, as of the time of the filing of this motion, these Defendants have not yet determined their position(s).

Submitted this 7th day of May, 2014.

*s/ Daniel W. Eckhart*
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**R. FRANK MELTON, II, ESQUIRE**
Florida Bar No.: 475440
**DANIEL W. ECKHART, ESQUIRE**
Florida Bar No.: 488674
NEWSOME MELTON
201 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

C. Richard Newsome    newsome@newsomelaw.com, segarra@newsomelaw.com,

Daniel W. Eckhart    eckhart@newsomelaw.com, sucharski@newsomelaw.com ; Cardosa@newsomelaw.com

Michael Joseph Corso    michael.corso@henlaw.com, allison.barnum@henlaw.com, Sherry.Zellner@henlaw.com

Traci McKee    traci.mckee@henlaw.com, tracey.salerno@henlaw.com

*s/ Daniel W. Eckhart*
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.:  827258
**R. FRANK MELTON, II, ESQUIRE**
Florida Bar No.: 475440
**DANIEL W. ECKHART, ESQUIRE**
Florida Bar No.: 488674
NEWSOME MELTON
201 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile:  (407) 648-5282
Attorneys for Plaintiffs