UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| TRINA SUTOR and ERIC SUTOR, as natural parents and legal guardians of B. S., minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:12-cv-00600-SPC-DNF |
| INTEX RECREATION CORP., a foreign corporation; INTEX INDUSTRIES (XIAMEN) CO., LTD., a foreign corporation; INTEX TRADING LTD., a foreign corporation; WAL-MART STORES, INC., a foreign corporation; and WAL-MART STORES EAST, LP, a foreign corporation, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF NO OPPOSITION TO MOTION TO
DROP INTEX INDUSTRIES (XIAMEN) CO., LTD.**

Defendants Intex Recreation Corp., and Intex Trading Ltd., state that they do not oppose the Motion to Drop Intex Industries (Xiamen) Co., Ltd. (the "Motion"), filed by the plaintiffs, Trina Sutor and Eric Sutor. Intex Recreation Corp., and Intex Trading Ltd., understand that all served defendants have now stated that they do not oppose the Motion.

Dated: May 9, 2014.

        Respectfully submitted,

        */s/ John T. Schlafer*
        J. Joseph Tanner (*pro hac vice*)
        John T. Schlafer, ISBN 28771-49 (*pro hac vice*)
        FAEGRE BAKER DANIELS LLP
        300 North Meridian Street, Suite 2700
        Indianapolis, IN 46204
        317.237.0300 telephone
        317.237.1000 facsimile
        joe.tanner@faegrebd.com
        john.schlafer@faegrebd.com

        *Attorneys for Defendants Intex Recreation Corp. and Intex Trading Ltd.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice Of No Opposition To Motion To Drop Intex Industries (Xiamen) Co., Ltd. was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Michael J. Corso
        Traci T. McKee
        HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
        1715 Monroe Street
        Fort Myers, FL 33901

        C. Richard Newsome
        R. Frank Melton, II
        Daniel Eckhart
        NEWSOME LAW FIRM
        201 South Orange Avenue, Suite 1500
        Orlando, FL 32801

        */s/ John T. Schlafer*