UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRINA SUTOR and ERIC SUTOR, as
natural parents and legal guardians of
B.S., a minor,

        Plaintiffs,

v.                            Case No:  2:12-cv-600-FtM-38DNF

INTEX RECREATION CORP., a
foreign corporation, INTEX
INDUSTRIES (XIAMEN) CO., LTD., a
foreign corporation, INTEX TRADING
LTD., a foreign corporation, WAL-
MART STORES, INC., a foreign
corporation, and WAL-MART
STORES EAST, LP, a foreign
corporation,

        Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on consideration of United States Magistrate Judge Douglas Frazier's Report and Recommendation (Doc. #95) filed on October 6, 2014.  Judge Frazier recommends denying Plaintiffs' Motion for Leave to Amend the Complaint to Assert a Claim for Punitive Damages (Doc. #73).  (Doc. #95 at 1).  The Parties have not objected to the Report and Recommendation, and the time to do so has now expired. Thus, this matter is ripe for review.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), *cert. denied*, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See* Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of Judge Frazier's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #95).

Accordingly, it is now **ORDERED**:

1. The Report and Recommendation (Doc. #95) is hereby adopted and the findings incorporated herein.

2. Plaintiffs' Motion for Leave to Amend the Complaint to Assert a Claim for Punitive Damages (Doc. #73) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 24th day of October, 2014.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record