UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRINA SUTOR and ERIC SUTOR, as natural
parents and legal guardians of B.S., a minor,

        Plaintiffs,

v.

                                      CASE NO. 2:12-cv-00600-SPC-DNF

INTEX RECREATION CORP., a foreign
corporation, INTEX TRADING LTD., a foreign
corporation, WAL-MART STORES, INC., a
foreign corporation, and WAL-MART STORES
EAST, LP, a foreign corporation,

        Defendants.
_____/

## DEFENDANT INTEX RECREATION CORP.'S MOTION TO SEAL

Pursuant to Local Rule 1.09(a), Defendant Intex Recreation Corp. ("IRC") respectfully moves this Court to enter an order sealing certain exhibits in support of IRC's Motion for Protective Order. (Dkt. 100.) These exhibits were inadvertently filed with the Court yesterday as Confidential Exhibits C, D, and E to IRC's Motion for Protective Order. (*Id*.) In support of this request, IRC states as follows:

      1.      This is a complex products liability action. The parties agree that this action involves the exchange of confidential, proprietary, and private information that requires special protection from public disclosure. Accordingly, the parties entered into a Stipulated Confidentiality Agreement. (Ex. A.) The Stipulated Confidentiality Agreement permits each party to designate documents and deposition testimony as "CONFIDENTIAL" to restrict the dissemination of confidential, proprietary, or private information. (*Id.*, ¶ 3.)

2. On October 27, 2014, IRC filed a Motion for Protective Order (the "Motion"). (Dkt. 100.) The Motion seeks to preclude Plaintiffs from deposing the President of IRC, Tien P. Zee, on November 13, 2014. (*Id.*)

3. In the Motion, IRC relies on excerpts from the deposition testimony of Matthew Whalen and Ryan Slate. IRC has designated the excerpts from Whalen's and Slate's depositions as "CONFIDENTIAL" pursuant to the Stipulated Confidentiality Agreement because the testimony contains, among other things, sensitive and confidential information about IRC's business operations. Accordingly, IRC prepared "Confidential Exhibit C," "Confidential Exhibit D," and "Confidential Exhibit E" to support the Motion. These documents were inadvertently filed with the Court as exhibits to IRC's Motion for Protective Order. (Dkt. 100.) IRC now seeks leave from this Court to have these documents placed under seal. The table below more fully identifies and describes the items that IRC seeks to seal:

| Exhibit | Title/Description |
|---|---|
| Exhibit C | Excerpts from the 30(b)(6) Deposition Transcript of Matthew Whalen, dated March 20, 2014 |
| Exhibit D | Excerpts from the 30(b)(6) Deposition Transcript of Matthew Whalen, dated July 15, 2014 |
| Exhibit E | Excerpts from the 30(b)(6) Deposition Transcript of Ryan Slate, dated July 16, 2014 |

4. IRC believes in good faith that it needs to file the documents identified above to establish key facts that support the arguments made in the Motion. IRC has no way to provide the Court with the factual support underlying the Motion other than through the use of documents that contain confidential and highly sensitive information about IRC's business operations. IRC therefore seeks to file the documents under seal to (a) protect IRC's interest in the confidentiality of the documents, and (b) ensure IRC has the opportunity to fully and persuasively present all materials that bear on the Motion to the Court.

5. This Court has previously permitted the parties to file under seal exhibits that contain confidential and highly sensitive information, including excerpts from deposition testimony, pursuant to the parties' Stipulated Confidentiality Agreement. (Dkt. 84.)

6. Consistent with the Court's previous order, IRC respectfully requests that the order sealing documents continue for the duration of this action. (*Id.*, p. 2.)

7. In considering motions to seal, courts must balance the parties' interests in keeping information confidential against the public interest in accessing court documents. *See, e.g.*, *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2005). Under this balancing test, the documents at issue here should be sealed. Allowing public access to these documents—which IRC has designated as "CONFIDENTIAL"—could harm IRC's legitimate interest in protecting confidential, proprietary, and private information from public disclosure. *See, e.g.*, *NXP B.V. v. Blackberry Ltd.*, 2014 U.S. Dist. LEXIS 34340, *8-9 (M.D. Fla. Mar. 18, 2014). Moreover, this action involves private parties—not public officials or public concerns—and therefore keeping the documents confidential will not impair court functions or injure the public interest in accessing court documents. *See Id.* at *9.

8. For the foregoing reasons, IRC respectfully requests that the Court enter an order placing Confidential Exhibit C, Confidential Exhibit D, and Confidential Exhibit E under seal.

Respectfully submitted,

DATED: October 27, 2014

*/s/ J. Joseph Tanner*
J. Joseph Tanner (*pro hac vice*)
John T. Schlafer (*pro hac vice*)
Zachary L. Stephenson (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
317.237.0300 telephone
317.237.1000 facsimile
joe.tanner@faegrebd.com
john.schlafer@faegrebd.com
zack.stephenson@faegrebd.com

*Attorneys for Defendants Intex Recreation Corp. and Intex Trading Ltd.*

Traci T. McKee
HENDERSON FRANKLIN STARNES
    &amp; HOLT, P.A.
1715 Monroe Street
P.O. Box 280
Fort Myers, FL 33902
239.344.1263 telephone
239.344.1539 facsimile
traci.mckee@henlaw.com

*Attorneys for Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, LP and co-counsel for Defendants, Intex Recreation Corp. and Intex Trading LTD*

**CERTIFICATE OF SERVICE**

I certify that a copy of Defendant Intex Recreation Corp.'s Motion to Seal was filed via the Court's CM/ECF system on October 27, 2014. A copy of the Motion will be made available through the Court's CM/ECF system to the following counsel of record:

>C. Richard Newsome
>newsome@newsomelaw.com
>R. Frank Melton, II
>melton@newsomelaw.com
>P. Alexander Gillen
>gillen@newsomelaw.com
>NEWSOME Melton
>201 South Orange Avenue, Suite 1500
>Orlando, FL  32801

>*/s/ J. Joseph Tanner*
>J. Joseph Tanner