UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRINA SUTOR and ERIC SUTOR, as natural parents and legal guardians of B.S., a minor

    Plaintiffs,

v.  Case No: 2:12-cv-600-FtM-38DNF

WAL-MART STORES, INC, WAL-MART STORES EAST L.P., INTEX RECREATION CORP. and INTEX TRADING LTD.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Intex Recreation Corp.'s ("Defendant") Motion to Seal (Doc. #101) filed on October 27, 2014. In support of its Motion, Defendant indicates that three exhibits were inadvertently filed with its Motion for Protective Order. As Defendant explains, these exhibits need to be sealed in order to 1) "protect [Defendant's] interest in the confidentiality of the documents" and 2) "ensure [Defendant] has the opportunity to fully and persuasively present all materials that bear on the Motion to the Court." (Doc. #101 at 2). The Court agrees.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

1. Motion to Seal ([Doc. #101](#)) is **GRANTED**.

2. The Clerk of Court is directed to **SEAL** exhibits C, D, and E attached to Defendant's Motion for Protective Order (Doc. #100).

3. Defendant is ordered to file paper copies of these sealed exhibits with the Clerk of Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of October, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record