UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRINA SUTOR and ERIC SUTOR, as natural parents and legal guardians of B.S., a minor

    Plaintiffs,

v.    Case No: 2:12-cv-600-FtM-38DNF

WAL-MART STORES, INC, WAL-MART STORES EAST L.P., INTEX RECREATION CORP. and INTEX TRADING LTD.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Parties' Joint Motion to Stay the Case Pending Approval of Minor Settlement in State Court ([Doc. #104](#)) filed on October 31, 2014. In their Motion, the Parties alert the Court that they have reached "a tentative, confidential settlement agreement," which, under [Fla. Stat. § 744.387(3)(a)](#), must be approved by the Florida state court. Therefore, while this approval is pending, the Parties request that the Court enter a stay of this action and all deadlines. Having considered the Motion, the Court finds that such a stay is warranted. See [Chrysler Intern. Corp. v.](#)

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

*Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (noting that district courts have broad discretion in managing their cases).

Accordingly, it is now

**ORDERED:**

The Parties' Joint Motion to Stay the Case Pending Approval of Minor Settlement in State Court (Doc. #104) is **GRANTED**. This action is hereby stayed until the Florida state court rules on the Parties' Petition for Approval of the Minor Settlement. The parties shall inform the court within three days of the State Court's decision on this matter.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of November, 2014.

*[Signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record